IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARRYL TRACY,<br><br>                Plaintiff,<br><br>vs.<br><br>EQUIFAX INFORMATION SERVICES, LLC, and GENERAL MOTORS FINANCIAL COMPANY, INC.,<br><br>                Defendants. | **8:21CV419**<br><br>**ORDER OF DISMISSAL OF PARTY** |

This matter comes before the Court on the parties' Stipulation to Dismiss Equifax (Filing No. 23). The Court being advised in the premises finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that all claims against defendant Equifax Information Services, LLC be dismissed with prejudice, with each party to bear their own attorneys' fees and costs. Defendant General Motors Financial Company, Inc. remains a party in this action.

Dated this 1st day of June, 2022.

                                                        BY THE COURT:

                                                      s/ Joseph F. Bataillon
                                                      Senior United States District Judge