IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DARRYL TRACY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>GENERAL MOTORS FINANCIAL COMPANY, INC.,<br><br>　　　　　Defendant. | 8:21CV419<br><br>**ORDER OF DISMISSAL** |

This matter comes before the Court on the plaintiff's Stipulation for Dismissal (Filing No. 27). The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this action be dismissed with prejudice. All parties shall bear their own attorneys' fees and costs incurred in this action.

Dated this 12th day of September, 2022.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge